# Third District Court of Appeal

## State of Florida

Opinion filed April 10, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-0544
Lower Tribunal No. 20-13122

_____

**Pure Proceeds, LLC,**
Appellant,

vs.

**RJS Consultants, Inc., etc., et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, William Thomas, Judge.

Michael J. Farrar, P.A., and Michael Farrar, for appellant.

Dennis A. Donet, P.A., and Dennis A. Donet, for intervenor/appellee, Maria De Los Santos.

Before LOGUE, C.J., and LINDSEY and GORDO, JJ.

PER CURIAM.

Appellant, Pure Proceeds, LLC, appeals the denial of its motion to intervene in the case below. Upon consideration of Appellee Maria De Los Santos' concession on this point, we agree that the trial court erred in

denying Pure Proceeds' motion to intervene. We reverse the order on appeal as to this point and remand for further proceedings, including proceedings on entitlement to the surplus foreclosure proceeds, after Pure Proceeds is allowed to intervene.